# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

SIDNEY MARTS,

    Plaintiff,

v.                           CASE NO. 5:10cv143-RH/EMT

JOEY BASHFORD et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (ECF No. 7) and the objections (ECF No. 8). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on July 31, 2010.

                                          s/Robert L. Hinkle
                                          United States District Judge